**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3168-19

LYDIA MITTERMAIER,
executrix of the Estate
of CHARLES MITTERMAIER,

     Plaintiff-Respondent,

v.

TIMOTHY LAVOIE and
YORK FENCE COMPANY,

     Defendants,

and

NEW JERSEY MANUFACTURERS
INSURANCE COMPANY,

     Defendant-Respondent,

and

YORK FENCE CONSTRUCTION
CO., INC.,

     Defendant/Third-Party
     Plaintiff/Appellant,

v.

STATE FARM INDEMNITY
COMPANY,

    Third-Party Defendant.
_____

Submitted October 6, 2021 – Decided October 20, 2021

Before Judges Hoffman and Whipple.

On appeal from the Superior Court of New Jersey, Law Division, Somerset County, Docket No. L-1144-15.

Leary Bride Mergner & Bongiovanni, PA, attorneys for appellant (William H. Mergner and Peter M. Bouton, of counsel and on the briefs).

Wilentz, Goldman & Spitzer, PA, attorneys for respondent Lydia Mittermaier (Robert L. Selvers, of counsel and on the brief).

Kennedys CMK, LLP, attorneys for respondent New Jersey Manufacturers Insurance Company (John P. Gilfillan, of counsel and on the brief; Michael C. Shapiro, on the brief).

    We have been advised prior to oral argument that this matter has been amicable adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3168-19